**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO GIL MIERES,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-02795-KK-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT FIRST AMENDED PETITION IN PART (Bond Hearing)**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Grant in Part the First Amended Petition under 28 U.S.C. § 2241. Because the Court-ordered deadline for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). The First Amended Petition under 28 U.S.C. § 2241 is therefore GRANTED IN PART based on the findings and conclusions in the Report and Recommendation.

Respondents are ORDERED to provide Petitioner ROBERTO GIL MIERES (A# 025-416-570) an individualized *Rodriguez* bond hearing before an immigration judge within 14 days of this order, provided that Petitioner is given at least 7 days' notice to retain counsel and otherwise prepare for the hearing in advance. Nothing in this order, however, impairs the immigration judge's ordinary discretion to continue the *Rodriguez* bond hearing for a reasonable period based on a valid showing of good cause. *See, e.g.*, 8 C.F.R. § 1003.29. In all other

respects, the § 2241 petition is ordered denied without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 28, 2026

THE HON. KENLY KIYA KATO
United States District Judge