**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO GIL MIERES,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-02795-KK-SK

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation to Grant in Part the First Amended Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that Respondents shall provide Petitioner ROBERTO GIL MIERES (A# 025-416-570) an individualized *Rodriguez* bond hearing before an immigration judge within 14 days of the Court's order, provided that Petitioner is given at least 7 days' notice to retain counsel and otherwise prepare for the hearing in advance. Nothing in the Court's order, however, impairs the immigration judge's ordinary discretion to continue the *Rodriguez* bond hearing for a reasonable period based on a valid showing of good cause. *See, e.g.*, 8 C.F.R. § 1003.29.

The Court Clerk is directed to close the case.

DATED: Augst 28, 2026

THE HON. KENLY KIYA KATO
United States District Judge